United States District Court
Southern District of Texas
**ENTERED**
March 13, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Janesha D. Francois, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action H-25-5636 |
| | § | |
| Mas Restaurant Group LLC, | § | |
| *Defendant*. | § | |

### MEMORANDUM AND RECOMMENDATION

The court recommends that this case be **DISMISSED WITHOUT PREJUDICE** for failure to serve the Defendant.

Plaintiff Janesha D. Francois filed her Complaint on November 21, 2025. ECF No. 1. The court conditionally granted Plaintiff permission to proceed in forma pauperis (IFP). ECF No. 8. On February 12, 2026, the court ordered Plaintiff to prepare the summons for the Defendant and deliver the completed summons to the Clerk of Court by February 27, 2026. ECF No. 9. The court stated in its order that failure to comply "will result in a recommendation that this case be dismissed without prejudice." *Id.*

Plaintiff did not comply. There is no filing or other information on the docket to indicate that Plaintiff submitted the summons as instructed. There is no filing or other information showing good cause for the failure.

Under the federal rules,

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court

must extend the time for service for an appropriate period.

Fed.R.Civ.P.4(m). For the reasons stated above, and pursuant to Rule 4(m), the court recommends that the case be **DISMISSED WITHOUT PREJUDICE** for failure to serve the Defendant. The conference set for April 30, 2026, at 10:00 a.m. is **CANCELED.**

The parties have fourteen days from service of this Memorandum and Recommendation to file objections. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72. Failure to timely file objections will preclude appellate review of factual findings or legal conclusions, except for plain error. *See Thomas v. Arn,* 474 U.S. 140, 147-49 (1985); *Rodriguez v. Bowen,* 857 F.2d 27, 276-77 (5th Cir. 1988).

Signed at Houston, Texas, on March 13, 2026.

_____

Peter Bray
United States Magistrate Judge

2