United States District Court
Southern District of Texas
**ENTERED**
March 31, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANESHA D. FRANCOIS | § | |
| | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-5636 |
| | § | |
| MAS RESTAURANT GROUP LLC | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is the Magistrate Judge Bray's Memorandum and Recommendation (Doc. No. 10). No objections were filed to the Memorandum and Recommendation, and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion, than although given the opportunity to serve Defendant, Plaintiff did not timely do so. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 10) is **ADOPTED**. This case is **DISMISSED** without prejudice for failure to timely serve Defendant.

SIGNED this ___31st___ day of March 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE